IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARYL BAKER | CRIMINAL ACTION<br><br>NO. 18-249-7 |

### MEMORANDUM RE: DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

**Baylson, J.**                                                                                                        February 2, 2023

The Defendant, Daryl Baker, seeks compassionate release based on his own obesity, and the health situation of his mother. The Government has opposed this motion with a detailed review of the background of the sentence and relevant information which requires the Court to deny the Defendant's motion.

Briefly summarizing the underlying facts of the case, Defendant was a key player in a multi-defendant large drug business operating in Philadelphia over several years, importing narcotics from California. The evidence showed that Defendant was a leader of this organization, which also had very dangerous weapons at its disposal. Defendant's sentence of 151 months was among the longest of any defendant in this organization and reflects the seriousness of his criminal conduct.

The facts show that the Defendant has been vaccinated against covid-19. The Court cannot consider Defendant's own obesity as grounds for compassionate release because there are no indications he is lacking of medical care in the prison. The circumstances concerning his mother are not serious enough to warrant his release from prison at this time. For these reasons, the Motion will be DENIED.

O:\CRIMINAL DEPUTY (Lori)\MEMOS\18-249-7  Memorandum denying comp release.docx