IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>DARYL BAKER | CRIMINAL ACTION<br><br>NO. 18-249-7 |
|---|---|

### ORDER

**AND NOW** this 2nd day of February, 2023, for the foregoing reasons, it is hereby **ORDERED** that the Pro Se Motion of Defendant for Compassionate Release (ECF 745) is **DENIED**. It is **FURTHER ORDERED** that the Defendant's Motion for Extension of Time and Appointment of Counsel (ECF 750) is also **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CRIMINAL DEPUTY (Lori)\MEMOS\18-249-7 order denying comp release.docx